**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| United States of America,<br>         Plaintiff, | Case Number: 11-13732 |
| | Honorable: Patrick J. Duggan |
| | Magistrate: Mark A. Randon |
| | Claim Number: 1999A14305 |
| Greta W. Petty aka Greta A. Recher,<br>         Defendant, | |

| | |
|---|---|
| Holzman Corkery, PLLC<br>Attorneys for Plaintiff<br>Charles J. Holzman (P35625)<br>Tamara Pearson (P56265)<br>28366 Franklin Rd.<br>Southfield, MI 48034<br>(248) 352-4340<br>usa@holzmanlaw.com | Greta W. Petty aka Greta A. Recher<br>In Pro Per Defendant<br>4525 Bells Lane, #154<br>Cincinnati, Ohio 45244 |

**ORDER FOR ENTRY OF CONSENT JUDGMENT**
**WITH PARTIAL PAYMENT PROVISIONS**

Upon the stipulation of Charles J. Holzman, attorney for the United States of America, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Greta W. Petty aka Greta A. Recher, in the principal amount of $1,785.66, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, and costs of $350.00, for a total balance of **$3,649.02** owing as of August 31, 2011.

IT IS FURTHER ORDERED that the Defendant, Greta W. Petty aka Greta A. Recher, may satisfy said Judgment by making monthly payments of $65.00 beginning September 15, 2011.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: September 14, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, September 14, 2011, by electronic and or ordinary mail.

       s/Marilyn Orem
       Case Manager